# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE AMADOR, ) | No. CV 00-5558-AHM (CW) |
|              Petitioner, ) | JUDGMENT |
|        v.  ) | |
| R. Q. HICKMAN (Warden), ) | |
|              Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: September 23, 2010

**JS-6**

_____
A. HOWARD MATZ
United States District Judge

1